Robert D. Wilkinson  #100478
Kelda T. Brennan  #267149
**BAKER MANOCK & JENSEN, PC**
5260 North Palm Avenue, Fourth Floor
Fresno, California 93704
Telephone:  559.432.5400
Facsimile:  559.432.5620

Attorneys for   Defendant PAUL GONZALEZ CALVO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>PAUL GONZALEZ CALVO,<br><br>　　　　　　　Defendant. | Case No. 1:09-CR-00202 AWI<br><br>**STIPULATION RE: CONTINUANCE OF SENTENCING HEARING, AND ORDER**<br><br>DATE: August 30, 2010<br>TIME:   9:00 a.m.<br>COURTROOM: 2<br>JUDGE: Hon. Anthony W. Ishii |

Defendant, PAUL GONZALEZ CALVO (hereinafter "Mr. CALVO"), by and through his attorney, ROBERT D. WILKINSON, and the United States of America, by and through its attorneys, BENJAMIN B. WAGNER, United States Attorney, and KIMBERLY A. SANCHEZ, Assistant United States Attorney, hereby stipulate to continue the August 9, 2010 sentencing date to August 30, 2010, at 9:00 a.m., so that the probation officer has sufficient time to prepare a response to Mr. CALVO'S Sentencing Memorandum.

　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

DATED: August 6, 2010　　　　　　　　　　BENJAMIN B. WAGNER
　　　　　　　　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　　　　　　　　　　　　　By:    /s/ Kimberly A. Sanchez
　　　　　　　　　　　　　　　　　　　　　　KAREN A. ESCOBAR
　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

1

DATED: August 6, 2010

BAKER MANOCK & JENSEN, PC

By: /s/ Robert D. Wilkinson
Robert D. Wilkinson
Attorneys for Defendant, PAUL
GONZÁLEZ CALVO

<u>ORDER</u>

Having read and considered the foregoing stipulation,

IT IS THE ORDER of the Court that the current sentencing date of August 9, 2010, is hereby vacated and is reset for August 30, 2010 at 9:00 a.m.

IT IS SO ORDERED.

Dated: August 13, 2010

_____
CHIEF UNITED STATES DISTRICT JUDGE

2