

FILED
JUN 25 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

United States of America, )
 )
v. )
 )
Paul Gonzalez Calvo, )
 )
  Defendant. )
 )

ORDER TO REDUCE
TERM OF SUPERVISED RELEASE FOR
SUCCESSFUL COMPLETION
OF REENTRY COURT
(18 U.S.C. 3583(3)(1)

Docket Number: 1:09CR00202-001

On November 30, 2016, the defendant was accepted as a participant in the Reentry Court Program. As of January 18, 2018, the defendant successfully completed the Reentry Court Program.

It is recommended by the Reentry Court Team that due to defendant's successful completion of the Reentry Court Program, the defendant's term of Supervised Release is to be reduced by one year, with a new termination date of September 10, 2019.

In accordance with 18 U.S.C. § 3583(3)(1), the Reentry Court Judge orders that a reduction is approved. The term of Supervised Release imposed on August 30, 2010, is hereby reduced by one year for defendant's successful completion of the Eastern District of California's Reentry Court Program.

These findings and recommendation are submitted to the District Judge assigned to this action, pursuant to 28 U.S.C. § 636(b)(1)(B) and this Court's Local Rule 302 and shall be considered forthwith without the need for time to respond.

_May 24, 2018_  
Date

_Sheila K. Oberto_  
Honorable Sheila K. Oberto  
United States Magistrate Judge

**IT IS ORDERED** that these findings and recommendations are hereby adopted and approved. The defendant's term of Supervised Release is reduced by one year, with a new termination date of September 10, 2019.

_6/25/18_  
Date

_Dale A. Drozd_  
Honorable ~~Anthony W. Ishii~~ Dale A. Drozd
~~Senior~~ United States District Judge

cc: Defendant
 Assistant United States Attorney: Kimberly A. Sanchez
 Defense Counsel: Robert D. Wilkinson
 FLU Unit – United States Attorney's Office
 Fiscal Clerk - Clerk's Office